# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-2753

_____

United States of America

*Plaintiff - Appellee*

v.

Matthew Paul Casas

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Joplin

_____

Submitted: February 3, 2016
Filed: February 5, 2016
[Unpublished]

_____

Before BENTON, BOWMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Matthew Paul Casas directly appeals the sentence imposed by the district court[1] after he pled guilty to distributing and possessing child pornography. His counsel has

---

[1]The Honorable Stephen R. Bough, United States District Judge for the Western District of Missouri.

moved to withdraw and filed a brief under *Anders v. California*, 386 U.S. 738 (1967), arguing that the sentence was unreasonable. Having jurisdiction under 28 U.S.C. § 1291, this court dismisses the appeal.

Casas's appeal waiver should be enforced and prevents consideration of his claim. *See United States v. Scott*, 627 F.3d 702, 704 (8th Cir. 2010) (de novo review of validity and applicability of appeal waiver); *United States v. Andis*, 333 F.3d 886, 889-90 (8th Cir. 2003) (en banc) (court should enforce appeal waiver and dismiss appeal where it falls within scope of waiver, plea agreement and waiver were entered into knowingly and voluntarily, and no miscarriage of justice would result). An independent review of the record under *Penson v. Ohio*, 488 U.S. 75 (1988), reveals no nonfrivolous issues for appeal.

The appeal is dismissed and counsel's motion to withdraw is granted.

_____